NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**KASEY COTTINGHAM,**
*Petitioner-Appellant*

**v.**

**SECRETARY OF HEALTH AND HUMAN SERVICES,**
*Respondent-Appellee*

_____

2022-1737

_____

Appeal from the United States Court of Federal Claims in No. 1:15-vv-01291-TMD, Judge Thompson M. Dietz.

_____

**JUDGMENT**

_____

ANDREW DOWNING, Downing, Allison & Jorgenson, Phoenix, AZ, argued for petitioner-appellant.

VORIS EDWARD JOHNSON, JR., Torts Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, C. SALVATORE D'ALESSIO, HEATHER LYNN PEARLMAN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 14, 2023
Date

Jarrett B. Perlow
Clerk of Court